T. E. BLACKBURN, Superintendent of Public Instruction of Hardee County, and I. G. ROYAL, J. S. CORDELL and J. S. CARLTON, SR., Being and Constituting the Board of Public Instruction of Hardee County, v. STATE *ex rel.* JOE ROBERTS, BILL WOODS, DOLAN FARABEE, Trustees of the Oak Grove Special Tax School District of Hardee County, and RAYMOND PHILLIPS.

191 So. 50

Division A

Opinion Filed September 15, 1939

*W. W. Whitehurst,* for Appellants;

*I. P. Barlow,* for Appellees.

PER CURIAM.—Upon authority of T. E. Blackburn, Superintendent of Public Instruction of Hardee County, *et al.,* v. State *ex rel.* Roberts, *et al.,* decided this day, the judgment of the circuit court is affirmed.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.